**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NORBERTO VEGA,

    Plaintiff(s),

v.

TAINA CORPORATION,

    Defendant(s).

Civil Action No: 24-8887(MCA)

**ORDER FOR DISMISSAL**

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default and default judgment be entered against defendant within the time frame established by this Court;

**It is on this 24th day of February 2025;**

**ORDERED** that this action is hereby dismissed, without prejudice for failure to comply with the court's order of January 28, 2025.

    *s/Madeline Cox Arleo*
    Hon. Madeline Cox Arleo
    UNITED STATES DISTRICT JUDGE